# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

# <u>NOTICE OF SATISFACTION OF CLAIM</u>

| | |
|---|---|
| Debtor(s) Name: | JO ANN ROBERTS |
| Case Number: | 23-04160 |
| Court Claim Number: | 8 |
| Date Claim Filed: | 12/13/2023 |
| Creditor Name and Address: | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Total Amount of Claim Filed: | $738.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby state that the above-referenced claim has been satisfied in full and no further payment is due.  I further authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this satisfaction of claim on the official claims register for the above referenced Debtor.

Signed by:  **/s/ William Osborn**        Dated: **8/13/2025**
Authorized agent for Creditor

Print Name: William Osborn